### CENTRAL OF GEORGIA RAILWAY COMPANY v. BAGLEY.

FISH, P. J. The motion for a new trial being upon the general grounds only, and the evidence being sufficient to support the verdict, the judgment overruling the motion is affirmed.

          *Judgment affirmed. All the Justices concur.*

      Argued June 18, — Decided July 13, 1904.

Action for damages. Before Judge Crisp. City court of Americus. August 19, 1903.

*W. D. Kiddoo* and *J. B. Hudson*, for plaintiff in error.
*Shipp & Sheppard*, contra.